# GENE ROSEN'S LAW FIRM

A PROFESSIONAL CORPORATION

| | |
|---|---|
| 200 Garden City Plaza, Suite 405 | Gene W. Rosen, Esq. |
| Garden City, New York 11530 | Partner |
| Tel (212) 529-3600 | Admitted in NY, NJ, and CT |
| Fax (347) 578-8793 | Direct Phone Ext. 101 |
| www.GeneRosen.com | Gene@GeneRosen.com |

November 16, 2022

**BY ELECTRONIC FILING ON ECF**
Hon. Jil Mazer-Marino
United States Bankruptcy Court
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East – Suite 3514
Brooklyn, NY 11201

    Re: Propulsion Funding LLC v. Jar 259 Food Corp., *et al.*
        Adversary No. 22-1041

Dear Judge Mazer Marino:

    I represent the Propulsion Funding LLC, the plaintiff in the above referenced matter. The Courtroom Deputy sent an e-mail requesting that a letter of adjournment be filed rescheduling the pretrial conference scheduled for November 16, 2022 at 1:00 p.m. to January 11, 2023 at 1:30 p.m. (Dkt. No. 2).

        Very truly yours,

        /s/ *Gene W. Rosen*

        Gene W. Rosen, Esq.